**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FRANK C. JOHNSON, JR., et al.,

        Plaintiffs,

vs.                         CASE NO. 1:10-cv-249-SPM/GRJ

THE BANK OF NEW YORK MELLON
TRUST COMPANY, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 28), which recommends that

Plaintiffs' complaint be dismissed.  Plaintiffs have been afforded an opportunity

to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Plaintiffs filed an objection (doc. 38).  Pursuant to Title 28, United States Code,

Section 636(b)(1), I have conducted a de novo review of the sections of the

report to which objections have been made.  I find that the Report and

Recommendation is correct and should be adopted.

      Having considered the Plaintiffs' objections, as well as the Magistrate

Judge's Report and Recommendation, this Court is in agreement with the

Magistrate Judge that the Plaintiffs' claims are devoid of merit and are subject to

dismissal for failure to state a claim upon which relief may be granted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 28) is *adopted* and incorporated by reference into this order.

2. Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (doc. 2) is GRANTED for the limited purpose of evaluating the sufficiency of the complaint.

3. Plaintiffs' Motion for Leave to File an Amended Complaint (doc. 23) is GRANTED.

4. The Complaint is DISMISSED for failure to state a claim upon which relief may be granted.

5. All pending motions are DENIED as moot.

DONE AND ORDERED this <u>twenty-fifth</u> day of March, 2011.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge